**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------x

JANE DOE V,

                Plaintiff,

   -against-

HARVEY WEINSTEIN et al.,

              Defendants.

------------------------------------X

ORDER

20 Civ. 8490 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The initial conference scheduled for December 9, 2020 at 10:30 am is rescheduled to 11:00 am.

Dated: New York, New York
       November 23, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge