UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

JANE DOE V,

                Plaintiff,

   -against-

HARVEY WEINSTEIN et al.,

                Defendants.

------------------------------------X

ORDER

20 Civ. 8490 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The initial conference is adjourned from January 20, 2021 to January 27, 2021 at 10:30 am.

Dated: New York, New York
       January 14, 2021

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge