**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------X
**JANE DOE V,**

*Plaintiff,*     **Case No. 1:20-cv-08490-GBD**

-against-

**HARVEY WEINSTEIN, ROBERT WEINSTEIN, MIRAMAX HOLDING CORP., MIRAMAX FILM NY, LLC f/k/a MIRAMAX FILM CORP., THE WALT DISNEY COMPANY, DISNEY ENTERPRISES, INC. and DOE CORP. 1-10,**     **JOINT STIPULATION AND [PROPOSED] ORDER STAYING ACTION**

*Defendants.*
-------------------------------------------------------------------------X

**WHEREAS**, independent mediators are currently carrying out a mediation ("Mediation") to resolve the claims of individuals arising out of allegations of sexual misconduct by Defendant Harvey Weinstein allegedly occurring prior to June 30, 2005;

**WHEREAS**, independent mediators have designed and are currently implementing a claims resolution program ("Program") to resolve the claims of individuals arising out of allegations of sexual misconduct by Defendant Harvey Weinstein allegedly occurring on or after June 30, 2005;

**WHEREAS**, Plaintiff is participating, or seeking to participate in, the aforementioned Mediation and/or Program;

**WHEREAS**, in the interests of judicial economy and conservation of party resources, Plaintiff and the Defendants (together, the "Parties") jointly stipulate to stay this action unless and until Plaintiff elects to resume the litigation and request that such stay be lifted (the "Stay");

**WHEREAS**, should Plaintiff resolve her claims against Defendants via the Mediation and/or Program, Plaintiff will thereafter promptly discontinue her claims in this action with prejudice, and without costs to any of the Parties; and,

**WHEREAS**, the entering into of this joint Stipulation shall not constitute a waiver of Plaintiff's right to make a motion to remand this action if and when the Stay is lifted, and Plaintiff expressly reserves the right to make such a motion if and when the Stay is lifted.

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that:

1.    The above-captioned action is hereby stayed pending further Order of the Court;

2.    After the lifting of the Stay, if any, the Parties will confer on a proposed schedule for Plaintiff's remand motion and for Defendants to answer, move or otherwise respond to Plaintiff's Complaint; and,

3.    After the lifting of the Stay, if any, the Parties will also confer on a Proposed Case Management Plan and Scheduling Order in this action; and,

**IT IS FURTHER STIPULATED AND AGREED**, by and between the undersigned, that signatures via facsimile or email, and in counterpart, shall be deemed good and sufficient for all purposes, and that this Stipulation and [Proposed] Order may be electronically filed with the Clerk of the Court without further notice.

Dated: March 26, 2021
      New York, New York

MERSON LAW, PLLC

By:    *Jordan Merson*
       Jordan K. Merson, Esq.
       950 Third Avenue, 18th Floor
       New York, New York 10022
       (212) 603-9100
       jmerson@mersonlaw.com

Attorneys for *Plaintiff*

AIDALA BERTUNA KAMINS

By:   
       Imran H. Ansari, Esq.
       546 5th Avenue, 6th Floor
       New York, New York 10036
       (212) 486-0011
       iansari@aidalalaw.com

Attorneys for Defendant *Harvey Weinstein*

LATHAM & WATKINS LLP                    CRAVATH, SWAINE & MOORE LLP


By: _____            By: _____
Marvin S. Putnam, Esq.                  Evan R. Chesler, Esq.
10250 Constellation Blvd., Suite 1100   J. Wesley Earnhardt, Esq.
Los Angeles, California 90067           825 8th Avenue
(424) 653-5578                          New York, New York 10019
marvin.putnam@lw.com                    (212) 474-1000
                                        echesler@cravath.com

Attorneys for Defendant
*Miramax Film NY, LLC f/k/a*            Attorneys for Defendants *The Walt Disney*
*Miramax Film Corp.*                    *Company*, *Disney Enterprises, Inc.* and
                                        *Miramax Holding Corp.*


SCHULTE ROTH & ZABEL LLP



By: _____
Gary Stein, Esq.
Andrew D. Gladstein, Esq.
919 Third Avenue
New York, New York 10022
(212) 756-2441
gary.stein@srz.com
andrew.gladstein@srz.com


Attorneys for Defendant *Robert Weinstein*


SO ORDERED.


Date: _____, 2021          _____
New York, New York                   HON. GEORGE B. DANIELS
                                     United States District Judge

LATHAM & WATKINS LLP                    CRAVATH, SWAINE & MOORE LLP


By: _____      By: _____
Marvin S. Putnam, Esq.                        Evan R. Chesler, Esq.
10250 Constellation Blvd., Suite 1100         J. Wesley Earnhardt, Esq.
Los Angeles, California 90067                 825 8th Avenue
(424) 653-5578                                New York, New York 10019
marvin.putnam@lw.com                          (212) 474-1000
                                              echesler@cravath.com

Attorneys for Defendant
*Miramax Film NY, LLC f/k/a*                  Attorneys for Defendants *The Walt Disney
Miramax Film Corp.*                           Company, Disney Enterprises, Inc.* and
                                              *Miramax Holding Corp.*


SCHULTE ROTH & ZABEL LLP


By: _____
Gary Stein, Esq.
Andrew D. Gladstein, Esq.
919 Third Avenue
New York, New York 10022
(212) 756-2441
gary.stein@srz.com
andrew.gladstein@srz.com


Attorneys for Defendant *Robert Weinstein*


SO ORDERED.


Date: _____, 2021
New York, New York                      _____
                                        HON. GEORGE B. DANIELS
                                        United States District Judge