UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

JANE DOE V,

                          Plaintiff,

-against-

HARVEY WEINSTEIN, ROBERT WEINSTEIN,
MIRAMAX FILM NY, LLC, WALT DISNEY
COMPANY, DISNEY ENTERPRISES, INC.,
MIRAMAX HOLDING CORP., and DOE
CORPS. 1-10,

                        Defendants.

------------------------------------ x

ORDER

20 Civ. 8490 (GBD)

GEORGE B. DANIELS, District Judge:

    The Clerk of Court is respectfully directed to close the above-captioned action.

Dated:  November 16, 2022
          New York, New York

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
United States District Judge